```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EL CAMINO PAVING INC., a California ) <br> corporation ) <br> ) <br> Defendant. ) <br> _____) | NO.  C 06 2146 WHA <br><br> ORDER TO CONTINUE <br> HEARING ON MOTION FOR <br> DEFAULT JUDGMENT |

      IT IS ORDERED that the Case Management Conference in this case set for August 17, 2006 be continued to August 31, 2006 at 8:00 a.m. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 16, 2006

_____
Honorable William H. Alsup

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge William Alsup]*

ORDER TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT